TRIAL COURT CASE NO. _____

|  |  |
|---|---|
| § | IN THE DISTRICT COURT |
| § | FILED IN<br>15th COURT OF APPEALS |
| § | _____ COUNTY, TEXAS AUSTIN, TEXAS |
| § | 1/5/2026 10:08:05 AM |
| § | JUDICIAL DISTRICT CHRISTOPHER A. PRINE |
| § | Clerk |

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: [3rdClerksAndReporters@txcourts.gov](mailto:3rdClerksAndReporters@txcourts.gov))

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____      By:_____(clerk's initials)